**Order filed December 19, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00989-CV
_____

**FELIX A. AUZ, Appellant**

**V.**

**MARIO CISNEROS, Appellee**

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2012-18908**

# O R D E R

Appellant filed a notice of appeal on November 4, 2013. The clerk's record was filed December 13, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **January 7, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM